# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 22, 2015

150957(98)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

BANK OF NEW YORK MELLON, f/k/a BANK
OF NEW YORK, as Trustee for the Certificate
Holders of CWABS, INC., ASSET-BACKED
CERTIFICATES SERIES 2003-3,
         Plaintiff-Appellant,

v

         SC: 150957
         COA: 316521
         Wayne CC: 11-008424-CH

JAAFAR K. JAAFAR and BADIA JAAFAR,
         Defendants-Appellees.

_____/

      On order of the Court, the motion for reconsideration of this Court's July 2, 2015 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 22, 2015



Clerk

p1214